AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Luis Angel Ortiz MEDRANO<br><br>Defendant(s) | )<br>)<br>) Case No. 2:22-MJ-564<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **8/12/2022** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A) | Attempt to knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A) |

This criminal complaint is based on these facts:

Please see the attached affidavit, which is fully incorporated herein.

☒ Continued on the attached sheet.

_____
Complainant's signature

Paul Mills, HSI Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **FACETIME** (specify reliable electronic means).

Date: **8-15-2022**

_____
Judge's signature

City and state: **Columbus, Ohio**        Elizabeth A. Preston Deavers, U.S. Magistrate Judge
Printed name and title